HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HANNAH R. LABAREE, SBN #294338
Assistant Federal Defender
801 "I" St.
Sacramento, CA 95822
Telephone: (916)498-5700
Fax: (916)498-5710

Attorneys for Defendant
MYRA MINKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MYRA MINKS,<br><br>　　　　Defendant. | Case No. 2:22-cr-137 JAM<br><br>[~~PROPOSED~~] ORDER |

The withdrawal of motion (Docket # 22) is adopted. The hearing on the motion is hereby VACATED.

DATED:  September 8, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE