HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HANNAH R. LABAREE, SBN #294338
Assistant Federal Defender
801 "I" St.
Sacramento, CA 95822
Telephone: (916)498-5700
Fax: (916)498-5710

Attorneys for Defendant
MYRA MINKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MYRA BOLECHE MINKS, <br><br> Defendant. | Case №: 2:22-CR-00137-JAM <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR COURT ORDER FOR TRANSPORT TO FEDERAL COURTHOUSE FOR REVIEW OF PROTECTED DISCOVERY** |

Upon Defendant Myra Minks' Unopposed Motion for Court Order for Transport to Federal Courthouse for Review of Protected Discovery, understanding that the defendant is in pretrial custody at the El Dorado County Jail, and that the filed protected order prevents Ms. Minks from having in her possession any of the produced discovery, and that there is no opposition for the requested order for transport by the government, and good cause appearing, IT IS HEREBY ORDERED that the defense motion be GRANTED. It is FURTHER ORDERED that the United States Marshals arrange for Ms. Minks' transport to the federal courthouse on November 7, 2022, to arrive no later than 10:00 A.M., and to depart the courthouse no earlier than 2:00 P.M. on the same date.

//

//

It is FURTHER ORDERED that the United States Marshals transfer custody of Ms. Minks to the Federal Bureau of Investigation for the duration of her review of physical and digital evidence with her counsel while at the federal courthouse, specifically, while in the Grand Jury room on the 5th Floor of the courthouse.

Dated: November 2, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE