PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>        v.<br><br>MYRA BOLECHE MINKS, AND<br>JESSICA TANG,<br><br>                    Defendants. | CASE NO. 2:22-CR-00137-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: April 11, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.  By previous order, this matter was set for status on April 11, 2023.

2.  By this stipulation, the defendants now move to continue the status conference until **June 13, 2023, at 09:00 a.m.**, and to exclude time between April 11, 2023, and June 13, 2023, under Local Codes T2 and T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case includes approximately 3,800 pages of reports, video and audio recordings, and photographs. In addition, digital device extractions have been produced in discovery and amount to approximately 10 TB of data. All of this discovery has

1   been produced directly to counsel.

2          b)     Counsel for the defendants desire additional time to review the

3   discovery, counsel with their clients, conduct investigation and research related to

4   the criminal charges, and otherwise prepare for trial.

5          c)     Counsel for the defendants believe that failure to grant the above-

6   requested continuance would deny them the reasonable time necessary for effective

7   preparation, taking into account the exercise of due diligence.

8          d)     The government does not object to the continuance.

9          e)     Based on the above-stated findings, the ends of justice served by

10   continuing the case as requested outweigh the interest of the public and the

11   defendant in a trial within the original date prescribed by the Speedy Trial Act.

12          f)     For the purpose of computing time under the Speedy Trial Act, 18

13   U.S.C. § 3161, et seq., within which trial must commence, the time period of April

14   11, 2023 to June 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§

15   3161(h)(7)(A), B(ii), (iv) [Local Code T2 and T4] because this is a complex case and it

16   results from a continuance granted by the Court at defendant's request on the basis

17   of the Court's finding that the ends of justice served by taking such action outweigh

18   the best interest of the public and the defendant in a speedy trial.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 3, 2023                          PHILLIP A. TALBERT
                                               United States Attorney


                                               /s/ JUSTIN L. LEE
                                               JUSTIN L. LEE
                                               Assistant United States Attorney


Dated:  April 3, 2023                          /s/ GAIL SHIFMAN
                                               GAIL SHIFMAN
                                               Counsel for Defendant
                                               Myra Minks


Dated:  April 3, 2023                          /s/ THOMAS A. JOHNSON
                                               THOMAS A. JOHNSON
                                               Counsel for Defendant
                                               Jessica Tang


**ORDER**

IT IS SO FOUND AND ORDERED.


Dated: April 03, 2023                          /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME             3
PERIODS UNDER SPEEDY TRIAL ACT