PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>MYRA BOLECHE MINKS, AND<br>JESSICA TANG,<br><br>       Defendants. | CASE NO.  2:22-CR-00137-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 13, 2023<br>TIME:  9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on June 13, 2023.

2. By this stipulation, the defendants now move to continue the status conference until **October 17, 2023**, **at 09:00 a.m.**, and to exclude time between June 13, 2023, and October 17, 2023, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

  a) The government has represented that the discovery associated with this case includes approximately 3,800 pages of reports, video and audio recordings, and photographs.  In addition, digital device extractions have been produced in discovery and amount to approximately 10 TB of data.  All of this discovery has

1    been produced directly to counsel.

2          b)     Counsel for the defendants desire additional time to review the

3    discovery, counsel with their clients, conduct investigation and research related to

4    the criminal charges, and otherwise prepare for trial.

5          c)     Counsel for the defendants believe that failure to grant the above-

6    requested continuance would deny them the reasonable time necessary for effective

7    preparation, taking into account the exercise of due diligence.

8          d)     The government does not object to the continuance.

9          e)     Based on the above-stated findings, the ends of justice served by

10   continuing the case as requested outweigh the interest of the public and the

11   defendant in a trial within the original date prescribed by the Speedy Trial Act.

12         f)     For the purpose of computing time under the Speedy Trial Act, 18

13   U.S.C. § 3161, et seq., within which trial must commence, the time period of June

14   13, 2023 to October 17, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§

15   3161(h)(7)(A), B(ii), (iv) [Local Code T2 and T4] because this is a complex case and it

16   results from a continuance granted by the Court at defendant's request on the basis

17   of the Court's finding that the ends of justice served by taking such action outweigh

18   the best interest of the public and the defendant in a speedy trial.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  June 6, 2023                              PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ JUSTIN L. LEE
                                                  JUSTIN L. LEE
                                                  Assistant United States Attorney


Dated:  June 6, 2023                              /s/ GAIL SHIFMAN
                                                  GAIL SHIFMAN
                                                  Counsel for Defendant
                                                  Myra Minks


Dated:  June 6, 2023                              /s/ THOMAS A. JOHNSON
                                                  THOMAS A. JOHNSON
                                                  Counsel for Defendant
                                                  Jessica Tang


## ORDER

IT IS SO FOUND AND ORDERED.


Dated: June 07, 2023            /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE