THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MYRA BOLECHE MINKS AND JESSICA TANG,<br><br>Defendants | Case No.: 2:22-cr-00137-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>Date:   January 9, 2024<br>Time:  9:00 a.m.<br>Judge: Hon. John A. Mendez |

## **STIPULATION**

1. By previous order, this matter was set for status on January 9, 2024.

2. By this stipulation, the defendants now move to **CONTINUE** the status conference until **April 23, 2024, at 09:00 a.m.**, and to exclude time between January 9, 2024, and April 23, 2024, under Local Codes T2 and T4.

3. On November 15, 2023, the court allowed then counsel for Myra Minks to withdraw from the case as counsel for defendant Minks. The court then appointed Todd Leras to be counsel for Myra Minks. At that time, Mr. Leras represented to the court that he was to begin a multi-month federal trial in the Eastern District of California in February of 2024.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with

STIPULATION AND ORDER                        - 1 -

this case includes approximately 3,500 pages of reports, video and audio recordings, and photographs. In addition, digital device extractions have been produced in discovery and amount to approximately 10 TB of data. All of this discovery has been produced directly to counsel.

 b) Counsel for the defendants desire additional time to review the discovery, counsel with their clients, conduct investigation and research related to the criminal charges, and otherwise prepare for trial.

 c) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

 d) The government does not object to the continuance.

 e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

 f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2024 to April 23, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T2 and T4] because this is a complex case and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED:  January 4, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant U.S. Attorney |
| DATE: January 4, 2024 | /s/ TODD LERAS<br>TODD LERAS<br>Attorney for Myra Minks |
| DATE:  January 4, 2024 | /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Jessica Tang |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 04, 2024          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                       - 3 -