LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
MYRA MINKS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYRA BOLECHE MINKS,<br><br>Defendant. | CASE NO. 2:22-cr-00137-JAM-2<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: June 18, 2024<br>Time: 9:00 a.m.<br>Court: Hon. John A. Mendez |

This matter is set for a status conference on June 18, 2024. By this stipulation, Defendant Myra Minks moves to continue the status conference to September 10, 2024. The parties stipulate as follows:

1. The case involves charges of, among other potential crimes, Mail Fraud, False Personation of an Officer or Employee of the United States, and Aggravated Identity Theft. The Indictment expressly alleges that investigation of the matter revealed potential criminal conduct in California, Georgia, Illinois, Michigan, Nevada, and Texas. Defense investigation of the matter therefore necessarily extends to numerous other states.

STIPULATION & ORDER CONTINUING TCH

1

2. The government has produced discovery materials in the case nearing 4,000 pages of reports and supporting materials, along with video and audio recordings of relevant events. All the discovery materials are subject to a protective order. The Court approved appointment and substitution of defense counsel to represent Ms. Minks in this matter in the place of her previous counsel on November 14, 2023.

3. Ms. Minks is being held in pre-trial detention at the Sacramento County Main Jail. Substitute counsel is continuing discovery review with Ms. Minks, utilizing the assistance of a defense investigator to ensure compliance with the existing protective order. In addition, the defense is conducting its own investigation of matters relevant to the pending charges.

4. Defense counsel requests additional time to continue with discovery review of the protected materials with Ms. Minks, to discuss her potential defenses, and to complete defense investigation. The government does not object to the continuance.

5. Counsel for Defendant Minks believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Minks requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the time period of June 18, 2024, up to and including September 10, 2024, is deemed excludable under 18 U.S.C. §

3161(h)(7)(A) and (B)(iv) [Local Code T-4].

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Justin Lee has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on his behalf.

| | |
|---|---|
| Dated:  June 11, 2024 | /s/ Todd Leras <br> _____ <br> TODD LERAS <br> Attorney for defendant <br> MYRA MINKS |
| Dated:  June 11, 2024 | PHILLIP A. TALBERT <br> United States Attorney <br><br> /s/ Justin Lee <br> By:  _____ <br> JUSTIN LEE <br> Assistant United States Attorney <br> (Per email authorization) |

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference scheduled for June 18, 2024, is **VACATED**. A new status conference is scheduled for **September 10, 2024, at 9:00 a.m.**

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from June 18, 2024, up to and including September 10, 2024.

IT IS SO ORDERED.

Dated:  June 12, 2024                               /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE