PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>            v.<br><br>MYRA BOLECHE MINKS,<br><br>                           Defendant. | CASE NO.  2:22-cr-00137-JAM-2<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: September 17, 2024<br>TIME:  9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.      On August 14, 2024, the Court reset this matter this matter for status on September 17, 2024.

2.      By this stipulation, the defendant now moves to continue the **status conference** until **September 24, 2024, at 09:00 a.m.**, and to exclude time between August 14, 2024, and September 24, 2024, under Local Codes T2 and T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes approximately 3,800 pages of reports, video and audio recordings, and photographs.  In addition, digital device extractions have been produced in discovery and amount to approximately 10 TB of data.  All of this discovery has

1  been produced directly to counsel.

2         b)     Counsel for the defendant desires additional time to review the

3  discovery, discuss the case with the defendant, conduct investigation and research

4  related to the criminal charges, and otherwise prepare for trial.

5         c)     Counsel for the defendant believes that failure to grant the above-

6  requested continuance would deny him the reasonable time necessary for effective

7  preparation, taking into account the exercise of due diligence.

8         d)     The government does not object to the continuance.

9         e)     Based on the above-stated findings, the ends of justice served by

10  continuing the case as requested outweigh the interest of the public and the

11  defendant in a trial within the original date prescribed by the Speedy Trial Act.

12         f)     For the purpose of computing time under the Speedy Trial Act, 18

13  U.S.C. § 3161, et seq., within which trial must commence, the time period of August

14  14, 2024, to September 24, 2024, inclusive, is deemed excludable pursuant to 18

15  U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T2 and T4] because this is a complex

16  case and it results from a continuance granted by the Court at defendant's request

17  on the basis of the Court's finding that the ends of justice served by taking such

18  action outweigh the best interest of the public and the defendant in a speedy trial.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 10, 2024                    PHILLIP A. TALBERT
                                              United States Attorney


                                              /s/ JUSTIN L. LEE
                                              JUSTIN L. LEE
                                              Assistant United States Attorney


Dated:  September 10, 2024                    /s/ TODD LERAS
                                              TODD LERAS
                                              Counsel for Defendant
                                              Myra Minks


**ORDER**

IT IS SO FOUND AND ORDERED.


Dated: September 13, 2024          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE