LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MYRA MINKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>MYRA BOLECHE MINKS,<br><br>             Defendant. | Case No.: 2:22-cr-0137 JAM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY RELEASE<br><br><br>Court:       Hon. Sean C. Riordan |

        The parties to this action, Plaintiff United States of America, by and through Assistant

United States Attorney Justin Lee, and Defendant Myra Minks, by and through her attorney

Todd D. Leras, request that the Court issue an order granting Ms. Minks a temporary release

from the Sacramento County Main Jail, Sacramento, California, on January 9, 2025, for no

longer than the period from 7:30 a.m. to 12:30 p.m.  The purpose of the temporary release is to

allow Ms. Minks to attend, via videoconferencing equipment, a family law proceeding in

Alameda County Superior Court (Case No. AF15798525, entitled *County of Alameda v.*

ORDER FOR TEMPORARY RELEASE

*Jermaine Boddie*; hereafter referred to as the "family law hearing").  One of the matters to be addressed during the family law hearing is the future of telephone calls between Ms. Minks and the minor son she has with Mr. Boddie.  Alameda County Superior Court Commissioner Sarah Pastran has authorized Myra Minks to appear at the family law hearing remotely via videoconferencing equipment.

The period of temporary release is required to allow roundtrip travel from the Sacramento County Jail to the conference room in defense counsel's office, located at 455 Capitol Mall, Suite 802, Sacramento, California.  The purpose of the family law hearing is to address Ms. Minks' continuing telephone contact with her minor son.  Ms. Minks is presently allowed to have telephone contact with her minor son while in pretrial custody in this matter.  Mr. Boddie is seeking to restrict or terminate that telephone contact in the family law hearing.  Ms. Minks is very close to her son, and the potential restriction or loss of telephone contact with him represents a significant loss to her.  She therefore wants to attend the family law hearing to be heard on the matter of continuing contact with her son.

Ms. Minks will be transported from the jail to defense counsel's office by Defense Investigator Fred Scoville.  Investigator Scoville will remain with her in defense counsel's office conference room while she attends the family law hearing via computer videoconferencing equipment as approved by the Alameda County Superior Court.  Investigator Scoville will have exclusive control of the videoconferencing equipment.  He will immediately transport Ms. Minks back to the Sacramento County Main Jail upon the earlier of the completion of the family law hearing or by 12:30 p.m.

The parties stipulate and agree that Ms. Minks be temporarily released from the Sacramento County Jail to the third-party custody of Investigator Fred Scoville on January 9,

ORDER FOR TEMPORARY RELEASE

2025, for no longer than 7:30 a.m. to 12:30 p.m.

Assistant U.S. Attorney Justin Lee has approved of this request and authorized Todd D. Leras via email to sign it on his behalf.


DATED:  January 2, 2025

By ___*/s/ Todd D. Leras for*___
JUSTIN LEE
Assistant United States Attorney

DATED:  December 27, 2024

By ___*/s/ Todd D. Leras*___
TODD D. LERAS
Attorney for Defendant
MYRA MINKS

ORDER FOR TEMPORARY RELEASE

**ORDER**

BASED ON THE REPRESENTATIONS OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1.   Myra Boleche Minks (DOB: 4-6-1978; X Reference Number 3536366) shall be released from the Sacramento County Jail in Sacramento, California, on a "Temporary Release" on Thursday, January 9, 2025, for no longer than the period from 7:30 a.m. to 12:30 p.m.  Defense Investigator Fred Scoville (California Private Investigator License Number PI13810) shall serve as third-party custodian.

2.   During the Temporary Release, Myra Minks shall remain with the third-party custodian at all times.

3.   Investigator Scoville shall transport Myra Minks via car directly from the Sacramento County Jail to the conference room at her defense counsel's office, located at 455 Capitol Mall, Suite 802, Sacramento, California.  Investigator Scoville shall retain control of the videoconferencing equipment to allow Myra Minks' remote appearance at the family law court hearing as authorized by the Alameda County Superior Court in Family Law Case No. AF15798525.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER FOR TEMPORARY RELEASE

4.   Investigator Scoville shall return Ms. Minks to the Sacramento County Jail immediately upon completion of the family law hearing or, in any event, no later than 12:30 p.m., on Thursday, January 9, 2025.

IT IS SO ORDERED.

DATED:  January 7, 2025

HONORABLE SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

ORDER FOR TEMPORARY RELEASE