LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MYRA MINKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-0137 JAM |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RELEASE |
| MYRA BOLECHE MINKS, | |
| Defendant. | |

The parties to this action, Plaintiff United States of America, by and through Assistant United States Attorney Justin Lee, and Defendant Myra Minks, by and through her attorney Todd D. Leras, request that the Court issue an order granting Ms. Minks a temporary release from the Sacramento County Main Jail, Sacramento, California, on March 20, 2025, for no longer than the period from 7:30 a.m. to 5:00 p.m. The purpose of the temporary release is to allow Ms. Minks to attend, via videoconferencing equipment, a family law proceeding and mediation in Alameda County Superior Court (Case No. AF15798525, entitled *County of*

ORDER FOR TEMPORARY RELEASE

*Alameda v. Jermaine Boddie*; hereafter referred to as the "family law hearing").

The period of temporary release is required to allow roundtrip travel from the Sacramento County Jail to the conference room in defense counsel's office, located at 455 Capitol Mall, Suite 802, Sacramento, California. The purpose of the family law hearing and mediation is to address Ms. Minks' continuing telephone contact with the minor son she shares with Mr. Boddie. Ms. Minks is presently allowed to have telephone contact with her minor son while in pretrial custody in this matter. Mr. Boddie is seeking to restrict or terminate that telephone contact in the family law hearing. Ms. Minks is very close to her son, and the potential restriction or loss of telephone contact with him represents a significant loss to her. She therefore wants to attend the family law hearing and mediation to be heard on the matter of continuing contact with her son.

Ms. Minks will be transported from the jail to defense counsel's office by Defense Investigator Fred Scoville. Investigator Scoville will remain with her in defense counsel's office conference room while she attends the family law hearing and mediation via computer videoconferencing equipment as approved by the Alameda County Superior Court. Investigator Scoville will have exclusive control of the videoconferencing equipment. He will immediately transport Ms. Minks back to the Sacramento County Main Jail upon the earlier of the completion of the family law hearing and mediation or by 5:00 p.m. Defense counsel will meet with Ms. Minks to discuss resolution of her federal criminal case and sentencing mitigation investigation during those periods when she is not participating in the family law proceeding or the mediation hearing.

The parties stipulate and agree that Ms. Minks be temporarily released from the Sacramento County Jail to the third-party custody of Investigator Fred Scoville on March 20, 2025, for no longer than 7:30 a.m. to 5:00 p.m.

ORDER FOR TEMPORARY RELEASE

Assistant U.S. Attorney Justin Lee has approved of this request and authorized Todd D. Leras via email to sign it on his behalf.

DATED:  March 12, 2025

By  */s/ Todd D. Leras for*
JUSTIN LEE
Assistant United States Attorney

DATED:  March 12, 2025

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
MYRA MINKS

ORDER FOR TEMPORARY RELEASE

**ORDER**

BASED ON THE REPRESENTATIONS OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. Myra Boleche Minks (DOB: 4-6-1978; X Reference Number 3536366) shall be released from the Sacramento County Jail in Sacramento, California, on a "Temporary Release" on Thursday, March 20, 2025, for no longer than the period from 7:30 a.m. to 5:00 p.m. Defense Investigator Fred Scoville (California Private Investigator License Number PI13810) shall serve as third-party custodian.

2. During the Temporary Release, Myra Minks shall remain with the third-party custodian at all times.

3. Investigator Scoville shall transport Myra Minks via car directly from the Sacramento County Jail to the conference room at her defense counsel's office, located at 455 Capitol Mall, Suite 802, Sacramento, California. Investigator Scoville shall retain control of the videoconferencing equipment to allow Myra Minks' remote appearance at the family law court hearing and mediation in Alameda County Superior Court Family Law Case No. AF15798525.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER FOR TEMPORARY RELEASE

4. Investigator Scoville shall return Ms. Minks to the Sacramento County Jail immediately upon completion of the family law hearing and mediation or, in any event, no later than 5:00 p.m., on Thursday, March 20, 2025.

IT IS SO ORDERED.

DATED: March 18, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER FOR TEMPORARY RELEASE