UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 18, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00137-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| MYRA BOLECHE MINKS, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MYRA BOLECHE MINKS ,

Case No.  2:22-cr-00137-JAM , Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

☐ Release on Personal Recognizance

☐ Bail Posted in the Sum of $ _____

☐ Unsecured Appearance Bond $ _____

☐ Appearance Bond with 10% Deposit

☐ Appearance Bond with Surety

☐ Corporate Surety Bail Bond

☒ (Other): Defendant to be released to the third-party custody of Investigator Fred Scoville on March 20, 2025, for no longer than 7:30 a.m. to 5:00 p.m.

Issued at Sacramento, California on March 18, 2025, at 10:24 AM.

By:  /s/ Allison Claire

Magistrate Judge Allison Claire