UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 13, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MYRA BOLECHE MINKS,

    Defendant.

Case No. 2:22-cr-00137-JAM

**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MYRA BOLECHE MINKS ,

Case No. 2:22-cr-00137-JAM , 21 USC § 846, 841(a)(1) from custody

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ $ _____

    _____ Unsecured Appearance Bond $ $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): Defendant temporarily released to the third-party custody of defense investigator Fred Scoville on 5/15/2025 for no longer than 7:30 AM to 5:00 PM. Defendant shall be returned to custody immediately upon completion of family law proceeding.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on May 13, 2025 at 8:28 AM

By: _/s/ Chi Soo Kim_____
Magistrate Judge Chi Soo Kim