LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MYRA MINKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MYRA BOLECHE MINKS,<br><br>Defendant. | Case No.: 2:22-cr-00137-JAM-2<br><br>**SEALING ORDER**<br><br>Date:  August 5, 2025<br>Time:  9:00 a.m.<br>Court:  Hon. John A. Mendez |

**ORDER**

Pursuant to Local Rule 141(b), Defendant's Request to Seal and the Declaration of Attorney Todd D. Leras (including its attached Exhibit) shall be **SEALED** until further order of this Court.

IT IS SO ORDERED.

Dated: July 30, 2025

*[signature]*

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

SEALING ORDER