ERIC GRANT
United States Attorney
JUSTIN L. LEE
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-cr-00137-JAM-2 |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| MYRA BOLECHE MINKS, | |
| Defendant. | |

On May 16, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Myra Boleche Minks forfeiting to the United States the assets listed in Exhibit A attached hereto.

Beginning on May 28, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title,

and interest in the assets listed in Exhibit A attached hereto pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Myra Boleche Minks.

2.     All right, title, and interest in the assets listed in Exhibit A attached hereto shall vest solely in the name of the United States of America.

3.     The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.


Dated:  October 09, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**Exhibit A**

1. Approximately $30,107.70 in U.S. Currency,
2. Approximately $6,467.00 in U.S. Currency,
3. 18k white gold ring with 20 round diamonds, approximately .48 carats, and 7.15 carat pear shaped diamond,
4. 10k yellow gold martini diamond stud earrings; diamonds weigh approximately 1.84 carats and 1.98 carats,
5. Rolex Oyster Perpetual Day Date 18k yellow gold 40mm watch,
6. Cartier 18k rose gold Love necklace set with 48 diamonds weighing approximately .30 carats,
7. 18k rose gold eternity ring set with 18 oval cut diamonds, weighing approximately 4.5 carats,
8. Stainless steel and 18K everose gold Rolex oyster perpetual datejust watch,
9. 18k gold Audemars Piguet Royal Oak automatic watch with diamond encrusted face, approximately .92 carats,
10. Brown Fendi Roma Sunshine tote bag with large logo, tortoise shell handles, and shoulder strap,
11. Black Bottega Veneda chain cassette purse with large silver chain strap,
12. Chanel green leather purse with chevron quilted stitching and gold chain strap,
13. Brown Louis Vuitton monogram utility crossbody bag,
14. Shear white Gucci scarf with red letter "G" pattern,
15. Black Valentino Rockstar PVC flat thong sandals with large bow and studs,
16. Green and black Christian Dior Dway slides,
17. Black Celine Paris teddy lightweight jacket, size EU 52, with Celine hanger and Webster garment bag,
18. Green Goyard wallet,
19. Chloe Noore oversized square classic gold sunglasses with pink protective case and cleaning cloth,
20. Prada Tessutto neon pink laptop pouch,
21. Black Bottega Venetta tightly woven leather shoulder bag,
22. Chanel purple quilted crossbody bag,
23. Pink Valentino Glam Lock Rockstud crossbody with gold chain strap and gold studs,
24. Black Yves Saint Laurent Sac de Jour crocodile embossed leather purse with crossbody strap,
25. Grey Celine Paris micro luggage handbag purse with squiggle line design,
26. Yellow Hermes Birken purse,
27. Orange Fendi Zucca logo cut faux fur Sunshine shopper tote bag,
28. Round Louis Vuitton monogram tambourine crossbody purse with tan straps and gold chain,
29. Black Yves Saint Laurent medium Loulou Matelasse black shoulder bag with black chain handles,
30. Dark brown Gucci vintage suede clutch with green and red stripes in the middle,
31. Louis Vuitton monogram print fanny pack with tan strap,
32. Louis Vuitton monogram Party Palm Spring miniature wrist backpack,
33. Cream and grey Yves Saint Laurent Rive Gauche canvas tote bag with black handles,
34. Chanel quilted black caviar leather and black chain handle,
35. Dark grey Givenchy Antigona handbag with shoulder strap,
36. Black Chanel leather crossbody with chevron stitching and dark grey chain strap,
37. Iridescent Louis Vuitton monogram prism bag with wrist strap,
38. Black Yves Saint Laurent Kate reptile print fanny pack,
39. Blue Goyard wallet,

40. Orange Goyard wallet,
41. Black Fendi Carlito Saffiano wallet with silver studs along edge and mustache in middle,
42. Brown checkerboard Louis Vuitton Damier Ebene Eole 50 rolling luggage,
43. Black Valentino quilted fanny pack,
44. Brown checkerboard Louis Vuitton Damier Ebene mini pouchette with short gold wristlet,
45. Louis Vuitton Saumer monogram perforated clutch with oval mirror in matching case,
46. Brown Fendi Iconic Peekabo mini woven bag,
47. Green Goyard toiletry pouch,
48. Brown Louis Vuitton Palm Springs mini backpack,
49. Brown Louis Vuitton Palm Springs backpack,
50. White and blue Louis Vuitton Damier Azur Speedy 30 travel bag,
51. Black Prada gold studded leather satchel bag,
52. Louis Vuitton limited edition Game On Keepall Bandouliere travel bag with player card design,
53. Yellow Goyard toiletry bag with an orange and pink stripe,
54. Blue Chanel quilted lambskin pouch,
55. Valentino Rockstar pink leather crossbody bag with silver studs along edges and strap,
56. Brown Prada Danio fanny pack,
57. Cream Bottega Venega Cassette woven leather shoulder bag,
58. Black Chanel quilted double bags with faux pearl beads as straps,
59. Black Fendi Carlito Saffiano leather crossbody bag with fur mustache and silver studs,
60. Brown Louis Vuitton wallet limited edition Inventuer with pink & blue trunks and locks,
61. Brown checkerboard pattern Louis Vuitton Ebene Damier Insolite wallet,
62. Black Chanel laptop pouch with quilted stitching and gold chain trim,
63. Red Chanel laptop pouch with quilted stitching,
64. White and black Gucci Transputata Queen Maraget Mystic clutch with heart on back and bee pendant,
65. Black and white Balenciaga Motorcycle City purse,
66. Blue Celine Paris purse,
67. Green Goyard Boeng 55 monogram duffel bag,
68. White Louis Vuitton multi-colored monogram Speedy 40 Boston travel bag and tan handles,
69. Brown Louis Vuitton Cerises Keepall 45 monogram travel bag with cherry patterned print,
70. Orange Goyard Saigon PM purse with wooden handles,
71. Black Goyard Saigon PM purse with wooden handles,
72. Tan Christian Dior purse with quilted stitching and crossbody strap, and
73. Black leather belt with large gold and pearl encrusted Gucci logo buckle.